UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3993**

---------------------------------------------------------------x

ESTATE OF GEORGE ROY HILL, DECEASED,
EDWIN BROWN AND SUSAN STEIGER,
EXECUTORS

                    Plaintiff,

          -against-

UNITED STATES OF AMERICA

                    Defendants.

---------------------------------------------------------------x

**JUDGE STANTON**

Civil Action No. _____

MAY 2 2 2007

**COMPLAINT AND
JURY DEMAND**


        Plaintiff the Estate of George Roy Hill, Deceased, Edwin Brown and Susan Steiger,

Executors, by its attorneys, Katsky Korins LLP, for its complaint alleges:

### COUNT I

    1.  Plaintiff is Estate of George Roy Hill, Deceased, Edwin Brown and Susan Steiger,

Executors.  The plaintiff's social security number is 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.

    2.  Defendant is the United States of America.

    3.  This is an action for recovery of tax penalties and interest erroneously or illegally

assessed and collected, and this Court has jurisdiction by reason of 28 U.S.C. §1346(a)(1).

    4.  Recovery is sought of penalties imposed for the failure of the decedent, George Roy Hill,

to file a gift tax return for the taxable year ended December 31, 1999 and his failure to pay gift

tax in a timely manner for that year.

    5.  The decedent, George Roy Hill died on December 27, 2002, a resident of Manhattan.  His

Last Will and Testament was duly admitted to probate in the Surrogate's Court of the County of

303020-1-W

New York, State of New York and Letters Testamentary were issued to Edwin Brown and

Morton Leavy. Following the death of Morton Leavy, Successor Letters Testamentary were

issued to Edwin Brown and Susan Steiger.

6. On or about March 31, 2004, the plaintiff, the Estate of George Roy Hill, filed a Form

709, United States Gift (and Generation-Skipping Transfer) Tax Return, for the decedent for the

calendar year 1999 with the Internal Revenue Service Center at Cincinnati, Ohio. With the

return, the plaintiff paid the balance shown thereon of $151,332 plus interest of $44,552.

7. On or about June 14, 2004, the Internal Revenue Service assessed a failure to file penalty

of $34,049.70 and failure to pay penalty of $36,319.68 with respect to such year. On or about

October 14, 2005, the plaintiff paid these penalties (plus interest) in the aggregate amount of

$85,906.49.

8. On or about March 20, 2006, the plaintiff sent by registered mail a Form 843, Claim for

Refund and Request for Abatement, to the Internal Revenue Service Center at Covington,

Kentucky for refund of (i) the failure to file penalty for 1999 in the amount of $34,049.70, (ii)

the failure to pay penalty for 1999 in the amount of $36,319.68 and (iii) interest as allowed by

law. The claim was received by the Internal Revenue Service Center on March 23, 2006. A

copy of this claim is attached hereto, marked as Exhibit 1, and made a part hereof.

9. On June 7, 2006, the plaintiff resubmitted the Form 843, Claim for Refund and Request

for Abatement, to such Internal Revenue Service Center.

10. By letter dated July 6, 2006, the Internal Revenue Service sent the plaintiff a formal

Notice of Disallowance of its claim for refund of penalties for failure to file gift tax returns for

1999, 2000 and 2001 and failure to pay gift tax in a timely manner for each of those years. A

copy of the Notice of Disallowance is attached hereto, marked as Exhibit 2, and made a part hereof.

11.   The decedent's failure to file a timely gift tax return for 1999 and failure to pay timely the gift tax due was due to reasonable cause and not to willful neglect.

12.   The plaintiff has overpaid penalties for 1999 in the amount of $70,369.38.

## COUNT II

13-15.   The plaintiff restates and realleges paragraphs 1 through 3 of this complaint as paragraphs 13-15.

16.   Recovery is sought of penalties for the failure of the decedent, George Roy Hill, to file a gift tax return for the taxable year ended December 31, 2000 and his failure to pay gift tax in a timely manner for that year.

17.   The decedent, George Roy Hill died on December 27, 2002, a resident of Manhattan. His Last Will and Testament was duly admitted to probate in the Surrogate's Court of the County of New York, State of New York and Letters Testamentary were issued to Edwin Brown and Morton Leavy. Following the death of Morton Leavy, Successor Letters Testamentary were issued to Edwin Brown and Susan Steiger.

18.   On or about March 31, 2004, the plaintiff, the Estate of George Roy Hill, filed a Form 709, United States Gift (and Generation-Skipping Transfer) Tax Return, for the decedent for the calendar year 2000 with the Internal Revenue Service Center at Cincinnati, Ohio. With the return, the plaintiff paid the balance shown thereon of $228,585 plus interest of $42,065.

19.   On or about June 14, 2004, the Internal Revenue Service assessed a failure to file penalty of $51,431.62 and failure to pay penalty of $35,430.67 with respect to such year. On or

303020-1-W                                         3

about October 14, 2005, the plaintiff paid these penalties (plus interest) in the aggregate amount of $109,765.62.

20.    On or about March 20, 2006, the plaintiff sent by registered mail a Form 843, Claim for Refund and Request for Abatement, to the Internal Revenue Service Center at Covington, Kentucky for refund of (i) the failure to file penalty for 2000 in the amount of $51,431.62, (ii) the failure to pay penalty for 2000 in the amount of $35,430.67 and (iii) interest as allowed by law. The claim was received by the Internal Revenue Service Center on March 23, 2006. A copy of this claim is attached hereto, marked as Exhibit 1, and made a part hereof.

21.    On June 7, 2006, the plaintiff resubmitted the Form 843, Claim for Refund and Request for Abatement, to such Internal Revenue Service Center.

22.    By letter dated July 6, 2006, the Internal Revenue Service sent the plaintiff a formal Notice of Disallowance of its claim for refund of penalties for failure to file gift tax returns for 1999, 2000 and 2001 and failure to pay gift tax for each of those years. A copy of the Notice of Disallowance is attached hereto, marked as Exhibit 2, and made a part hereof.

23.    The decedent's failure to file a timely gift tax return for 2000 and failure to pay timely the gift tax due was due to reasonable cause and not to willful neglect.

24.    The plaintiff has overpaid penalties for 2000 in the amount of $86,862.29.

### COUNT III

25-27.    The plaintiff restates and realleges paragraphs 1 through 3 of this complaint as paragraphs 25-27.

28.    Recovery is sought of penalties for the failure of the decedent, George Roy Hill, to file a gift tax return for the taxable year ended December 31, 2001 and his failure to pay gift tax in a timely manner for that year.

303020-1-W

4

29.  The decedent, George Roy Hill, died on December 27, 2002, a resident of Manhattan. His Last Will and Testament was duly admitted to probate in the Surrogate's Court of the County of New York, State of New York and Letters Testamentary were issued to Edwin Brown and Morton Leavy.  Following the death of Morton Leavy, Successor Letters Testamentary were issued to Edwin Brown and Susan Steiger.

30.  On or about March 31, 2004, the plaintiff, the Estate of George Roy Hill, filed a Form 709, United States Gift (and Generation-Skipping Transfer) Tax Return, for the decedent for the calendar year 2001 with the Internal Revenue Service Center at Cincinnati, Ohio.  With the return, the plaintiff paid the balance shown thereon of $276,163 plus interest of $29,026.

31.  On or about June 14, 2004, the Internal Revenue Service assessed a failure to file penalty of $62,136.67 and failure to pay penalty of $33,139.56 with respect to such year.  On or about October 14, 2005, the plaintiff paid these penalties (plus interest) in the aggregate amount of $109,939.97.

32.  On or about March 20, 2006, the plaintiff sent by registered mail a Form 843, Claim for Refund and Request for Abatement, to the Internal Revenue Service Center at Covington, Kentucky for refund of (i) the failure to file penalty for 2001in the amount of $62,136.67, (ii) the failure to pay penalty for 2001 in the amount of $33,139.56 and (iii) interest as allowed by law. The claim was received by the Internal Revenue Service Center on March 23, 2006.  A copy of this claim is attached hereto, marked as Exhibit 1, and made a part hereof.

33.  On June 7, 2006, the plaintiff resubmitted the Form 843, Claim for Refund and Request for Abatement, to such Internal Revenue Service Center.

34.  By letter dated July 6, 2006, the Internal Revenue Service sent the plaintiff a formal Notice of Disallowance of its claim for refund of penalties for failure to file gift tax returns for

303020-1-W                                           5

1999, 2000 and 2001 and failure to pay gift tax for each of those years. . A copy of the Notice of Disallowance is attached hereto, marked as Exhibit 2, and made a part hereof.

35.    The decedent's failure to file a timely gift tax return for 2001 and failure to pay timely the gift tax due was due to reasonable cause and not to willful neglect.

36.    The plaintiff has overpaid penalties for 2001in the amount of $95,276.23.

WHEREFORE, plaintiff demands (a) judgment on Count I of the Complaint in the amount of $70,369.38 with appropriate interest thereon, (b) judgment on Count II of the Complaint in the amount of $86,862.29 with appropriate interest thereon, (c) judgment on Count III of the Complaint in the amount of $95,276.23 with appropriate interest thereon, and (d) costs allowed by law, and such other relief as the Court may deem just.

KATSKY KORINS LLP

By: _____
    Mark Walfish
605 Third Avenue
New York, New York 10158
(212) 953-6000
Attorneys for Plaintiff the Estate of George Roy
Hill, Deceased, Edwin Brown and Susan Steiger

Exhibit 1

Registered No. **RB 838 248 068 US**

Date Stamp

| Reg. Fee | 790 | | |
|---|---|---|---|
| Handling Charge | | Return Receipt | 85 |
| Postage | 23 | Restricted Delivery | |
| Received by | WB | 12.06 | |

To Be Completed By Post Office

Customer Must Declare Full Value $ ___
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

## OFFICIAL USE

FROM
Elias M. Zuckerman, Esq.
Katsky Korins LLP
605 Third Avenue, 16th Fl.
New York, NY 10158

TO
Internal Revenue Service
201 West Rivercenter Boulevard
Covington, Kentucky 41011

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RECEIVED
MAR 2 3, 2006

Internal Revenue Service
201 West Rivercenter Boulevard
Covington, KY 41011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☑ Agent   ☐ Addressee

B. Received by ( Printed Name )    Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RB 838 248 068 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RB83 8248 068U S
Status:

Your item was delivered at 9:45 am on March 23, 2006 in COVINGTON, KY 41019. The item was signed for by W GRIFFIN FOR IRS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

# KATSKY | KORINS LLP

**MEMBERS OF THE FIRM**

ROBERT A. ABRAMS          GREGORY K. MARKS
RANDOLPH AMENGUAL         STEVEN H. NEWMAN
DAVID L. KATSKY           STEPHEN J. SWIATKIEWICZ
ADRIENNE B. KOCH          MERYL LYNN UNGER
EUGENE V. KOKOT           MARCY L. WACHTEL
ROY M. KORINS             MARK WALFISH
DENNIS C. KRIEGER         JOEL S. WEISS
THOMAS M. LOPEZ           ELIAS M. ZUCKERMAN

WRITER'S DIRECT DIAL |  212.716.3215

WRITER'S DIRECT FAX |  212.716.3331

WRITER'S EMAIL |  ezuckerman@katskykorins.com

OUR REFERENCE |  28766-2

March 20, 2006

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service
201 West Rivercenter Boulevard
Covington, Kentucky 41011

      Re:   Estate of George Roy Hill
           SSN 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V

Dear Sir or Madam:

      I am the attorney for the above-referenced taxpayer ("Taxpayer"). A power of attorney, Form 2848, is attached as Exhibit A to this letter.

      By letter dated August 1, 2005, a copy of which is attached as Exhibit B, Taxpayer's request for abatement of penalties for failure to file gift tax returns for the years 1999, 2000 and 2001 and failure to pay gift tax for those years was denied.

      Accordingly, with this letter, I am filing Forms 843, Claim for Refund and Request for Abatement, for each of the years 1999, 2000 and 2001 for refund of the penalties for failure to file and failure to pay (and accompanying interest) paid by the Taxpayer for each of those years. Per your letter of August 1, 2005, I am requesting that these claims for refund be immediately disallowed and appropriate notices of disallowance be issued so that the Taxpayer may bring suit in the United States District Court.

      Please stamp the extra copies of the Forms 843 as received and return to me in the self-addressed envelope. Thank you for your assistance in this matter.

281677-1-W

# KATSKY | KORINS LLP

Mr. Edwin S. Brown
March 20, 2006
Page 2

If you have any comments or questions, please do not hesitate to contact me.

Sincerely yours,

Elias M. Zuckerman

EMZ/mrm
Enclosures

cc.:    Martin F. Murray, CPA

281677-1-W

Form **843**
Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

OMB No. 1545-0024

▶ **See separate Instructions.**

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for—
• An overpayment of income taxes;
• A refund for nontaxable use (or sales) of fuel; or
• An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name of claimant<br>**Estate of George Roy Hill, Edwin Brown Executor** | Your SSN or ITIN<br>472 : 18 : 0978 |
| Address (number, street, and room or suite no.)<br>**c/o Murray &    Josephson CPAs,LLC 425 Madison Ave.** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**New York, NY 10017** | Employer Identification number (EIN) |
| Name and address shown on return if different from above **George Roy Hill**<br>**c/o Edwin Brown, 59 East 54th St., Rm 73, New**<br>**York, NY 10022** | Daytime telephone number<br>**(212) 644-2100** |

**Type or print** (left margin label)

| 1 Period. Prepare a separate Form 843 for each tax period<br>From    **01/ 01 /99**    to    **12 / 31    /99** | 2 Amount to be refunded or abated<br>**$34,049.70 (FTF)**<br>**$36,319.68 (FTP)** |
|---|---|

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☒ Gift ☐ Excise (see instructions)
☒ Penalty—IRC section ▶ **6651(a)(1), 6651(a)(2)**

**b** Type of return filed (see instructions):
☐ 706 ☒ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ _____

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**See Statement #1 attached**

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| | |
|---|---|
| *Edwin S. Brown, Executor*<br>Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date **5/16/06** |
| *Susan Ahern, Executor*<br>Signature | Date **5/17/06** |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 10180R     Form **843** (Rev. 11-2005)

Estate of George Roy Hill,
Edwin Brown - Executor

Statement #1

SSN: 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

The failure of the taxpayer, George Roy Hill (the "decedent"), to timely file and timely pay his gift tax liability was due to reasonable cause and not due to willful neglect. Accordingly, the penalties for failure to file and failure to pay such tax (along with interest on such penalties) should be refunded to his estate.

A taxpayer should not be penalized for circumstances beyond his control. For many years prior to his death in December 2002, the decedent suffered from Parkinson's disease. As a result of this disease, the decedent suffered from dementia and could not attend to his personal affairs. In addition, his prior accountant, who oversaw decedent's financial affairs for many years and was in possession of his personal records, also became very ill in 1996 and was unable to attend to decedent's affairs. This accountant passed away in November 1999.

After this accountant's death, Edwin S. Brown, who is an executor of the decedent's estate, was forced to devote substantial time and effort to decedent's financial affairs. As a result of the prior accountant's failure to prepare income tax returns for 1995 to 1997, decedent was the subject of an income tax audit. Mr. Brown had a great deal of difficulty in assembling the decedent's income tax information for tax years 1995 to 1999 and arranging for the filing of the income tax returns for these years. Similarly, assembling the information to file the gift tax returns for the years 1998 and 1999 was extremely difficult and time consuming. Once the information for the gift tax return for 1998 and 1999 was assembled, the gift tax returns for 2000 and 2001 could be filed.

Estate of George Roy Hill,          Statement #2              SSN: 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
Edwin Brown - Executor

The undersigned executors of the Estate of George Roy Hill state that we filed United States Gift

(and Generation-Skipping Transfer) Tax Returns, Forms 709, for the years 1999, 2000 and 2001

on behalf of George Roy Hill and are still acting as executors. Filed herewith is a Statement of

Person Claiming Refund Due a Deceased Taxpayer, From 1310, and a current certificate of

letters testamentary.

281588-1-W

| Form **1310** | **Statement of Person Claiming** **Refund Due a Deceased Taxpayer** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. November 2005) Department of the Treasury Internal Revenue Service | ▶ See instructions below and on back. | Attachment Sequence No. **87** |

Tax year decedent was due a refund:

| Calendar year **1999**, or other tax year beginning | , 20 | , and ending | , 20 |
|---|---|---|---|

| | Name of decedent **George Roy Hill** | Date of death **12/27/02** | Decedent's social security number **472 : 18 : 0978** |
|---|---|---|---|
| Please print or type | Name of person claiming refund **Estate of George Roy Hill, Edwin Brown Executor** | | Your social security number : : |
| | Home address (number and street). If you have a P.O. box, see instructions. **c/o Murray & Josephson, CPAs, LLC 425 Madison Avenue** | | Apt. no. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. **New York, NY 10017** | | |

---

**Part I**    Check the box that applies to you. Check only one box. Be sure to complete Part III below.

A ☐  Surviving spouse requesting reissuance of a refund check (see instructions).

B ☒  Court-appointed or certified personal representative (defined below). Attach a court certificate showing your appointment, unless previously filed (see instructions).

C ☐  Person, other than A or B, claiming refund for the decedent's estate (see instructions). Also, complete Part II.

---

**Part II**    Complete this part only if you checked the box on line C above.

| | | Yes | No |
|---|---|---|---|
| 1 | Did the decedent leave a will? | | x |
| 2a | Has a court appointed a personal representative for the estate of the decedent? | | x |
| b | If you answered "No" to 2a, will one be appointed? | | |
| | If you answered "Yes" to 2a or 2b, the personal representative must file for the refund. | | |
| 3 | As the person claiming the refund for the decedent's estate, will you pay out the refund according to the laws of the state where the decedent was a legal resident? | | x |
| | If you answered "No" to 3, a refund cannot be made until you submit a court certificate showing your appointment as personal representative or other evidence that you are entitled under state law to receive the refund. | | |

---

**Part III**    Signature and verification. All filers must complete this part.

I request a refund of taxes overpaid by or on behalf of the decedent. Under penalties of perjury, I declare that I have examined this claim, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of person claiming refund ▶ *Edwin S. Brown Executor*     Date ▶ **3/16/06**

---

# General Instructions

## Purpose of Form

Use Form 1310 to claim a refund on behalf of a deceased taxpayer.

## Who Must File

If you are claiming a refund on behalf of a deceased taxpayer, you must file Form 1310 unless either of the following applies:

• You are a surviving spouse filing an original or amended joint return with the decedent, or

• You are a personal representative (defined on this page) filing an original Form 1040, Form 1040A, Form 1040EZ, or Form 1040NR for the decedent and a court certificate showing your appointment is attached to the return.

*Example.* Assume Mr. Green died on January 4 before filing his tax return. On April 3 of the same year, you were appointed by the court as the personal representative for Mr. Green's estate and you file Form 1040 for Mr. Green. You do not need to file Form 1310 to claim the refund on Mr. Green's tax return. However, you must attach to his return a copy of the court certificate showing your appointment.

## Where To File

If you checked the box on line A, you can return the joint-name check with Form 1310 to your local IRS office or the Internal Revenue Service Center where you filed your return. If you checked the box on line B or line C, then:

• Follow the instructions for the form to which you are attaching Form 1310, or

• Send it to the same Internal Revenue Service Center where the original return was filed if you are filing Form 1310 separately. If the original return was filed electronically, mail Form 1310 to the Internal Revenue Service Center designated for the address shown on Form 1310 above. See the instructions for the original return for the address.

## Personal Representative

For purposes of this form, a personal representative is the executor or administrator of the decedent's estate, as appointed or certified by the court. A copy of the decedent's

---

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 11566B    Form **1310** (Rev. 11-2005)

# Surrogate's Court
## of the County of New York

365926

### CERTIFICATE OF SUCCESSOR LETTERS TESTAMENTARY
### The People of the State of New York

Index# 2003-0483

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on October 31, 2003 by said court, SUCCESSOR LETTERS TESTAMENTARY on the estate of George Roy Hill deceased, late of the County of New York were granted unto To Susan Steiger, to act in place and stead of Morton Leavy, now deceased and in conjunction with Edwin S Brown, to whom letters have heretofore issued. the executor(s) named in the last Will and Testament of said deceased, and that it does not appear by said records that letters have been revoked.

In Testimony Whereof, we have caused the Seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Renee R. Roth, a Surrogate of the County of New York, this 16TH Day of March, 2006.

*Jane Passenant*

Jane Passenant

Clerk of the Surrogate's Court

SUCCESSOR

UNIFIED COURT SYSTEM

**843**

November 2005

~~ment of the Treasury~~
~~al Revenue Service~~

## Claim for Refund and Request for Abatement

OMB No. 1545-0024

▶ See separate instructions.

~~)~~ Form 843 only if your claim *involves* (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties,
additions to tax on line 4a.

~~)~~ not use Form 843 if your claim is for—
• An overpayment of income taxes;
• A refund for nontaxable use (or sales) of fuel; or
• An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant | Your SSN or ITIN |
|---|---|
| **Estate of George Roy Hill, Edwin Brown Executor** | 472 : 18 : 0978 |

| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
|---|---|
| **c/o Murray & Josephson CPAs,LLC 425 Madison Ave.** | |

| City or town, state, and ZIP code | Employer identification number (EIN) |
|---|---|
| **New York, NY 10017** | |

| Name and address shown on return if different from above **George Roy Hill** | Daytime telephone number |
|---|---|
| **c/o Edwin Brown, 59 East 54th St., Rm 73, New York, NY 10022** | **(212) 644-2100** |

| **1** Period. Prepare a separate Form 843 for each tax period | **2** Amount to be refunded or abated |
|---|---|
| From **01 / 01 / 00** to **12 / 31 / 00** | **$51,431.62 (FTF)** **$35,430.67 (FTP)** |

**3a** Type of tax, penalty, or addition to tax:
☐ Employment  ☐ Estate  ☒ Gift  ☐ Excise (see instructions)
☒ Penalty—IRC section ▶ **6651(a)(1), 6651(a)(2)**

**b** Type of return filed (see instructions):
☐ 706  ☒ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ _____

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.


**See Statement #1 attached**


**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date **3/16/06** |
|---|---|
| *Edwin S. Brown, Executor* | |
| *Susan Steiger, Executor* | Date **3/16/06** |
| Signature | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2005)

Estate of George Roy Hill,
Edwin Brown - Executor

Statement #1

SSN: 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

The failure of the taxpayer, George Roy Hill (the "decedent"), to timely file and timely pay his gift tax liability was due to reasonable cause and not due to willful neglect. Accordingly, the penalties for failure to file and failure to pay such tax (along with interest on such penalties) should be refunded to his estate.

A taxpayer should not be penalized for circumstances beyond his control. For many years prior to his death in December 2002, the decedent suffered from Parkinson's disease. As a result of this disease, the decedent suffered from dementia and could not attend to his personal affairs. In addition, his prior accountant, who oversaw decedent's financial affairs for many years and was in possession of his personal records, also became very ill in 1996 and was unable to attend to decedent's affairs. This accountant passed away in November 1999.

After this accountant's death, Edwin S. Brown, who is an executor of the decedent's estate, was forced to devote substantial time and effort to decedent's financial affairs. As a result of the prior accountant's failure to prepare income tax returns for 1995 to 1997, decedent was the subject of an income tax audit. Mr. Brown had a great deal of difficulty in assembling the decedent's income tax information for tax years 1995 to 1999 and arranging for the filing of the income tax returns for these years. Similarly, assembling the information to file the gift tax returns for the years 1998 and 1999 was extremely difficult and time consuming. Once the information for the gift tax return for 1998 and 1999 was assembled, the gift tax returns for 2000 and 2001 could be filed.

Estate of George Roy Hill,
Edwin Brown - Executor

Statement #2

SSN: 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

The undersigned executors of the Estate of George Roy Hill state that we filed United States Gift

(and Generation-Skipping Transfer) Tax Returns, Forms 709, for the years 1999, 2000 and 2001

on behalf of George Roy Hill and are still acting as executors.  Filed herewith is a Statement of

Person Claiming Refund Due a Deceased Taxpayer, From 1310, and a current certificate of

letters testamentary.

281588-1-W

| Form **1310** | **Statement of Person Claiming** **Refund Due a Deceased Taxpayer** | OMB No. 1545-0074 |
|---|---|---|
| (Rev. November 2005) Department of the Treasury Internal Revenue Service | ▶ See instructions below and on back. | Attachment Sequence No. **87** |

Tax year decedent was due a refund:

Calendar year **2000** , or other tax year beginning , 20 , and ending , 20

| Name of decedent | Date of death | Decedent's social security number |
|---|---|---|
| George Roy Hill | 12/27/02 | 472 : 18 : 0978 |

Please print or type

Name of person claiming refund
**Estate of George Roy Hill, Edwin Brown Executor**

Your social security number

Home address (number and street). If you have a P.O. box, see instructions.
**c/o Murray & Josephson, CPAs, LLC 425 Madison Avenue**

Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
**New York, NY 10017**

### Part I — Check the box that applies to you. Check only one box. Be sure to complete Part III below.

- A ☐ Surviving spouse requesting reissuance of a refund check (see instructions).
- B ☒ Court-appointed or certified personal representative (defined below). Attach a court certificate showing your appointment, unless previously filed (see instructions).
- C ☐ Person, other than A or B, claiming refund for the decedent's estate (see instructions). Also, complete Part II.

### Part II — Complete this part only if you checked the box on line C above.

| | Yes | No |
|---|---|---|
| 1 Did the decedent leave a will? . . . . . . . . . . . . . . . . . . | | X |
| 2a Has a court appointed a personal representative for the estate of the decedent? . . . . . | | X |
| b If you answered "No" to 2a, will one be appointed? . . . . . . . . . . . . | | |
| If you answered "Yes" to 2a or 2b, the personal representative must file for the refund. | | |
| 3 As the person claiming the refund for the decedent's estate, will you pay out the refund according to the laws of the state where the decedent was a legal resident? . . . . . . . . . . . | | X |
| If you answered "No" to 3, a refund cannot be made until you submit a court certificate showing your appointment as personal representative or other evidence that you are entitled under state law to receive the refund. | | |

### Part III — Signature and verification. All filers must complete this part.

I request a refund of taxes overpaid by or on behalf of the decedent. Under penalties of perjury, I declare that I have examined this claim, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of person claiming refund ▶ *Edwin S. Brown, Executor*    Date ▶ 3/16/06

## General Instructions

### Purpose of Form
Use Form 1310 to claim a refund on behalf of a deceased taxpayer.

### Who Must File
If you are claiming a refund on behalf of a deceased taxpayer, you must file Form 1310 unless either of the following applies:

● You are a surviving spouse filing an original or amended joint return with the decedent, or

● You are a personal representative (defined on this page) filing an original Form 1040, Form 1040A, Form 1040EZ, or Form 1040NR for the decedent and a court certificate showing your appointment is attached to the return.

**Example.** Assume Mr. Green died on January 4 before filing his tax return. On April 3 of the same year, you were appointed by the court as the personal representative for Mr. Green's estate and you file Form 1040 for Mr. Green. You do not need to file Form 1310 to claim the refund on Mr. Green's

tax return. However, you must attach to his return a copy of the court certificate showing your appointment.

### Where To File
If you checked the box on line A, you can return the joint-name check with Form 1310 to your local IRS office or the Internal Revenue Service Center where you filed your return. If you checked the box on line B or line C, then:

● Follow the instructions for the form to which you are attaching Form 1310, or

● Send it to the same Internal Revenue Service Center where the original return was filed if you are filing Form 1310 separately. If the original return was filed electronically, mail Form 1310 to the Internal Revenue Service Center designated for the address shown on Form 1310 above. See the instructions for the original return for the address.

### Personal Representative
For purposes of this form, a personal representative is the executor or administrator of the decedent's estate, as appointed or certified by the court. A copy of the decedent's

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 11566B    Form **1310** (Rev. 11-2005)

# Surrogate's Court
## of the County of New York

365925

### CERTIFICATE OF SUCCESSOR LETTERS TESTAMENTARY
### The People of the State of New York

Index# 2003-0483

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on October 31, 2003 by said court, SUCCESSOR LETTERS TESTAMENTARY on the estate of George Roy Hill deceased, late of the County of New York were granted unto To Susan Steiger, to act in place and stead of Morton Leavy, now deceased and in conjunction with Edwin S Brown, to whom letters have heretofore issued, the executor(s) named in the last Will and Testament of said deceased, and that it does not appear by said records that letters have been revoked.

In Testimony Whereof, we have caused the Seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Renee R. Roth, a Surrogate of the County of New York, this 16TH Day of March, 2006.

_Jane Passenant_

Jane Passenant

Clerk of the Surrogate's Court

**843**

rm
ev. November 2005)

epartment of the Treasury
ernal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

se Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties,
r additions to tax on line 4a.

Do not use Form 843 if your claim is for—
• An overpayment of income taxes;
• A refund for nontaxable use (or sales) of fuel; or
• An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name of claimant **Estate of George Roy Hill, Edwin Brown Executor** | Your SSN or ITIN **472 : 18 : 0978** |
| Address (number, street, and room or suite no.) **c/o Murray & Josephson CPAs,LLC 425 Madison Ave.** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code **New York, NY 10017** | Employer identification number (EIN) |
| Name and address shown on return if different from above **George Roy Hill** **c/o Edwin Brown, 59 East 54th St., Rm 73, New York, NY 10022** | Daytime telephone number **(212) 644-2100** |

**1** Period. Prepare a separate Form 843 for each tax period
From **01 / 01 / 01** to **12 / 31 /01**

**2** Amount to be refunded or abated
**($62,136.67 (FTF))**
**($33,139.56 (FTP))**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment   ☐ Estate   ☒ Gift   ☐ Excise (see instructions)
☒ Penalty—IRC section ▶ **6651(a)(1), 6651(a)(2)**

**b** Type of return filed (see instructions):
☐ 706   ☒ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☐ 4720   ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show the computation of your
tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.


### See Statement #1 attached


**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must
sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be
accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and
belief, it is true, correct, and complete.

*Edwin S. Brown, Executor* _____   Date 3/16/06
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

*Susan Sharpe, Executor* _____   Date 3/6/06
Signature

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 10180R     Form **843** (Rev. 11-2005)

Estate of George Roy Hill,
Edwin Brown - Executor

Statement #1

SSN: 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

The failure of the taxpayer, George Roy Hill (the "decedent"), to timely file and timely pay his gift tax liability was due to reasonable cause and not due to willful neglect. Accordingly, the penalties for failure to file and failure to pay such tax (along with interest on such penalties) should be refunded to his estate.

A taxpayer should not be penalized for circumstances beyond his control. For many years prior to his death in December 2002, the decedent suffered from Parkinson's disease. As a result of this disease, the decedent suffered from dementia and could not attend to his personal affairs. In addition, his prior accountant, who oversaw decedent's financial affairs for many years and was in possession of his personal records, also became very ill in 1996 and was unable to attend to decedent's affairs. This accountant passed away in November 1999.

After this accountant's death, Edwin S. Brown, who is an executor of the decedent's estate, was forced to devote substantial time and effort to decedent's financial affairs. As a result of the prior accountant's failure to prepare income tax returns for 1995 to 1997, decedent was the subject of an income tax audit. Mr. Brown had a great deal of difficulty in assembling the decedent's income tax information for tax years 1995 to 1999 and arranging for the filing of the income tax returns for these years. Similarly, assembling the information to file the gift tax returns for the years 1998 and 1999 was extremely difficult and time consuming. Once the information for the gift tax return for 1998 and 1999 was assembled, the gift tax returns for 2000 and 2001 could be filed.

state of George Roy Hill,
dwin Brown - Executor

Statement #2                          SSN: 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

The undersigned executors of the Estate of George Roy Hill state that we filed United States Gift

(and Generation-Skipping Transfer) Tax Returns, Forms 709, for the years 1999, 2000 and 2001

on behalf of George Roy Hill and are still acting as executors.  Filed herewith is a Statement of

Person Claiming Refund Due a Deceased Taxpayer, From 1310, and a current certificate of

letters testamentary.

281588-1-W

Form **1310**
Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Statement of Person Claiming Refund Due a Deceased Taxpayer

▶ See instructions below and on back.

OMB No. 1545-0074

Attachment
Sequence No. **87**

Tax year decedent was due a refund:

Calendar year **2001**, or other tax year beginning _____, 20___ , and ending _____, 20___

| Date of death | Decedent's social security number |
|---|---|
| 12/27/02 | 472 : 18 : 0978 |

Please print or type

Name of decedent
**George Roy Hill**

Name of person claiming refund
**Estate of George Roy Hill, Edwin Brown Executor**

Your social security number

Home address (number and street). If you have a P.O. box, see instructions.
**c/o Murray & Josephson, CPAs, LLC 425 Madison Avenue**

Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
**New York, NY 10017**

**Part I    Check the box that applies to you. Check only one box. Be sure to complete Part III below.**

A ☐ Surviving spouse requesting reissuance of a refund check (see instructions).

B ☒ Court-appointed or certified personal representative (defined below). Attach a court certificate showing your appointment, unless previously filed (see instructions). Also, complete Part II.

C ☐ Person, other than A or B, claiming refund for the decedent's estate (see instructions). Also, complete Part II.

**Part II    Complete this part only if you checked the box on line C above.**

| | Yes | No |
|---|---|---|
| 1  Did the decedent leave a will? . . . . . . . . . | X | |
| 2a Has a court appointed a personal representative for the estate of the decedent? | | X |
| b If you answered "No" to 2a, will one be appointed? . . . . . . . . | | |
| If you answered "Yes" to 2a or 2b, the personal representative must file for the refund. | | |
| 3  As the person claiming the refund for the decedent's estate, will you pay out the refund according to the laws of the state where the decedent was a legal resident? . . . . . . . . . | | X |
| If you answered "No" to 3, a refund cannot be made until you submit a court certificate showing your appointment as personal representative or other evidence that you are entitled under state law to receive the refund. | | |

**Part III    Signature and verification. All filers must complete this part.**

I request a refund of taxes overpaid by or on behalf of the decedent. Under penalties of perjury, I declare that I have examined this claim, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of person claiming refund ▶ *Edwin S. Brown, Executor*    Date ▶ *3/16/06*

## General Instructions

### Purpose of Form

Use Form 1310 to claim a refund on behalf of a deceased taxpayer.

### Who Must File

If you are claiming a refund on behalf of a deceased taxpayer, you must file Form 1310 unless either of the following applies:

● You are a surviving spouse filing an original or amended joint return with the decedent, or

● You are a personal representative (defined on this page) filing an original Form 1040, Form 1040A, Form 1040EZ, or Form 1040NR for the decedent and a court certificate showing your appointment is attached to the return.

*Example.* Assume Mr. Green died on January 4 before filing his tax return. On April 3 of the same year, you were appointed by the court as the personal representative for Mr. Green's estate and you file Form 1040 for Mr. Green. You do not need to file Form 1310 to claim the refund on Mr. Green's

tax return. However, you must attach to his return a copy of the court certificate showing your appointment.

### Where To File

If you checked the box on line A, you can return the joint-name check with Form 1310 to your local IRS office or the Internal Revenue Service Center where you filed your return. If you checked the box on line B or line C, then:

● Follow the instructions for the form to which you are attaching Form 1310, or

● Send it to the same Internal Revenue Service Center where the original return was filed if you are filing Form 1310 separately. If the original return was filed electronically, mail Form 1310 to the Internal Revenue Service Center designated for the address shown on Form 1310 above. See the instructions for the original return for the address.

### Personal Representative

For purposes of this form, a personal representative is the executor or administrator of the decedent's estate, as appointed or certified by the court. A copy of the decedent's

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 11566B    Form **1310** (Rev. 11-2005)

# Surrogate's Court
# of the County of New York

365924

## CERTIFICATE OF SUCCESSOR LETTERS TESTAMENTARY
The People of the State of New York

Index# 2003-0483

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on October 31, 2003 by said court, SUCCESSOR LETTERS TESTAMENTARY on the estate of George Roy Hill deceased, late of the County of New York were granted unto To Susan Steiger, to act in place and stead of Morton Leavy, now deceased and in conjunction with Edwin S Brown, to whom letters have heretofore issued, the executor(s) named in the last Will and Testament of said deceased, and that it does not appear by said records that letters have been revoked.

In Testimony Whereof, we have caused the Seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Renee R. Roth, a Surrogate of the County of New York, this 16TH Day of March, 2005.

_Jane Passenant_

Jane Passenant
Clerk of the Surrogate's Court

EXCELSIOR

Unified Court System

**EXHIBIT A**

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Type or print. ▶ See the separate Instructions.

OMB No. 1545-0150

| For IRS Use Only |
|---|
| Received by: |
| Name _____ |
| Telephone _____ |
| Function _____ |
| Date ___ / ___ / ___ |

**Part I** Power of Attorney

Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1   Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

Taxpayer name(s) and address

Estate of George Roy Hill
Edwin Brown Executor
c/o Murray & Josephson CPAs, LLC
425 Madison Avenue, 9th Floor
New York, NY 10022

| Social security number(s) | Employer identification number |
|---|---|
| 472 : 18 : 0978 | |
| Daytime telephone number | Plan number (if applicable) |
| (212 )644-2100 | |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address

Elias M. Zuckerman
Katsky Korins LLP
605 Third Avenue
New York, NY 10158

CAF No. 2005-16670R
Telephone No. 212-716-3215
Fax No. 212-716-3331
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. ......................
Telephone No. ......................
Fax No. ......................
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. ......................
Telephone No. ......................
Fax No. ......................
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Gift/Civil Penalty (6651) | 709 | 1999-2001 |
| | | |
| | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF** . . . . . . . . ▶ ☐

**5   Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ......................
.............................................................................................................................
.............................................................................................................................
.............................................................................................................................

**6   Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.     Cat. No. 11980J     Form **2848** (Rev. 3-2004)

Page **2**

Form 2848 (Rev. 3-2004)

**7   Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a   If you also want the second representative listed to receive a copy of notices and communications, check this box . . . ▶ ☐

b   If you do not want any notices or communications sent to your representative(s), check here . . . . . ▶ ☐

**8   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9   Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| | | |
|---|---|---|
| *Edwin S. Brown* | 3/16/06 | Executor |
| Signature | Date | Title (if applicable) |
| Edwin Brown | ☐ ☐ ☐ ☐ ☐ | |
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
| *Susan Steiger* | 3/17/06 | Executor |
| Signature | Date | Title (if applicable) |
| Susan Steiger | ☐ ☐ ☐ ☐ ☐ | |
| Print Name | PIN Number | |

---

## Part II    Declaration of Representative

*Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

   a   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

   b   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

   c   Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

   d   Officer—a bona fide officer of the taxpayer's organization.

   e   Full-Time Employee—a full-time employee of the taxpayer.

   f   Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

   g   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

   h   Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | NY | *Edw. M. Zucker* | 03/17/06 |
| | | | |

Form **2848** (Rev. 3-2004)

**EXHIBIT B**

**Internal Revenue Service**    Department of the Treasury

P.O.Box 400
Stop #906, Appeals Team
Holtsville, NY 11742

B

**Person to Contact:**
Lisa King
Employee ID Number: 19-20479
Tel:  631-687-8045
Fax:
Contact Hours: 7:00AM - 3:30PM
**Refer Reply to:**
AP:CO:A2:LI-BRC:LK
**In Re:**
Penalty Appeals
**SSN/EIN Number:**
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
**Amount of Assessed Penalty(s):**
$176,293.56
$136,751.66

**I.R.C. Section(s):**
6651(a)(1)
6651(a)(2)

**Tax Period(s) Ended:**
12/31/1998  12/31/1999  12/31/2000
12/31/2001

Date:    AUG 0 1 2005

GEORGE ROY HILL ESTATE
54 W 54TH ST STE 73    59 E 54 St
NEW YORK, NY  10022

Executor George Hill Estate :

I have completed my review of your claim for abatement and/or refund of penalties that we have charged you. Based on the information you submitted, I am pleased to tell you that we are allowing $60,537.32 which is the Failure to File and Failure to Pay penalties for 1998. The penalties for 1999- 2001 have been sustained.

If you do not agree with this finding, your next level of appeal would be to file a petition with the Court. You may do this now by filing a claim for refund on the enclosed form after you pay the penalty charges (if not already paid). To avoid additional interest, the balance due should be paid as soon as possible. You should request in writing that your claim for refund be immediately disallowed. You will then be issued a notice of disallowance to bring suit in the United States District Court having jurisdiction, or in the U.S. Court of Federal Claims.

Do not file the enclosed Form 843 unless you disagree with the above determination and you want to take your case to court. Your claim should be mailed to the address shown below. If you want to take your case to court now, you should request in writing that your claim for refund be immediately rejected. You will then be issued a notice of disallowance. You will have 2 years from the date of the notice of disallowance to bring suit in the United States District Court having jurisdiction, or in the United States Court of Claims.

If you have any further questions on this matter, please call me at the telephone number shown above.

Sincerely,


Lisa Glatras
Appeals Officer

cc: Joel A. Poretsky
Enclosure: Form 843

**Form 843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

OMB No. 1545-0024

▶ See separate instructions.

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for—

- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Type or print | |
|---|---|
| Name of claimant | Your SSN or ITIN |
| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number ( ) |

**1** Period. Prepare a separate Form 843 for each tax period.
From / / to / /

**2** Amount to be refunded or abated
$

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ _____

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

_____ Date _____
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

_____ Date _____
Signature

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 10180R     Form **843** (Rev. 11-2002)

Exhibit 2

RS Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0029

7183608664548068276**1**

In reply refer to: 2477104951
July 06, 2006   LTR 105C   EO
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V 199912 51 000    1
                                00567
                   BODC: SB


GEORGE ROY HILL ESTATE
EDWIN S BROWN
% ELIAS ZUCKERMAN
ESANU KATSKY KORINS & SIG
605 3RD AVE
NEW YORK  NY  10158-0180


CERTIFIED MAIL

    Taxpayer Identification Number: 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V
                    Kind of Tax: Gift Tax Forms 709
              Amount of Claims: $   70,729.38        86,862.29
                                    95,276.23

        Date of Claim(s) Received: June 07, 2006
                    Tax Periods: Dec. 31, 1999  Dec. 31, 2000
                                 Dec. 31, 2001


            WE COULDN'T ALLOW YOUR CLAIM


Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claims for
credit for the periods shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
Your request for abatement of penalties for the reasoning of reliance
on third parties does not meet reasonable cause criteria and was
previously disallowed by the Cincinnati Service Center Estate and Gift
Tax area and in the campus appeals area.

IF YOU DISAGREE

If you do not agree with our decision, you may file suit to recover
tax, penalties, or other amounts, with the United States District
Court having jurisdiction or with the United States Claims Court.
These courts are part of the judiciary branch of the federal
government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this
letter.  If you decide to appeal our decision first, the 2-year period
still begins from the date of this letter.  However, if you signed
an agreement that waived your right to the notice of disallowance
(Form 2297), the period for filing suit begins on the date you filed
the waiver.

HOW TO CONTACT US

```
                                              2477104951
                            July 06, 2006   LTR 105C  EO
                            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V 199912 51 000    1
                                                       00568
```

GEORGE ROY HILL ESTATE
EDWIN S BROWN
% ELIAS ZUCKERMAN
ESANU KATSKY KORINS & SIG
605 3RD AVE
NEW YORK  NY  10158-0180


If you have any questions, please call us toll free at
1-866-699-4083.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____ Hours_____


                            Sincerely yours,


                            _Aileen F. Condon_

                            Aileen F. Condon
                            Chief, Estate & Gift Tax Program


Enclosure(s):
Publication 1