UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Estate of George Roy Hill, Deceased, Edwin Brown and Susan Steiger, Executors

-v-

United States of America

**Defendant**

07 CV 3993

Case No.

JUDGE STANTON

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 5/21/07

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf