**MEMORANDUM ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/19/07*

86 Chambers Street, 3rd floor
New York, New York 10007
Tel: (212) 637-2701
Fax: (212) 637-2686

July 18, 2007

**BY HAND**
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2250
New York, NY 10007

      Re:   *Estate of George Roy Hill v. United States of America*,
            07 Civ. 3993 (LLS)

Dear Judge Stanton:

     I represent the Government in this case, in which plaintiff seeks to recover tax penalties and interest assessed and collected by the Internal Revenue Service ("IRS"). I write respectfully to request an extension of time for the Government to answer or otherwise respond to the complaint, from July 23, 2007 to August 20, 2007. The reason for this request is that the IRS has encountered difficulty in recovering documents relating to the taxes at issue that are needed to prepare the Government's response to the complaint. It is anticipated that the necessary documents will be received within several weeks. Accordingly, the Government respectfully requests a four-week extension of the answer deadline. This is the Government's first request for an extension in this matter. Plaintiff's counsel consents to the request.

     I thank the Court for its consideration.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                                        By: _____
                                        SERRIN TURNER
                                        Assistant U.S. Attorney

*[Handwritten endorsement: Granted. Louis L. Stanton 7/19/07]*

Page 2

cc:   Mark Walfish, Esq.