MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2701
Fax: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ESTATE OF GEORGE ROY HILL,             :
                                        :
            Plaintiff,                  :     **ANSWER**
                                        :
      v.                                :     07 Civ. 3993 (LLS)
                                        :
UNITED STATES OF AMERICA,               :     **ECF Case**
                                        :
            Defendant.                  :
                                        :
------------------------------------------------------------ x

Defendant United States of America (the "United States" or the "Government"), by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, answers the complaint on information and belief as follows:

1. Admit.

2. Admit.

3. This paragraph sets forth plaintiff's statement of jurisdiction, to which no response is required.

4. This paragraph sets forth plaintiff's characterization of the complaint, to which no response is required.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Deny.

12. Deny.

13. Defendant incorporates by reference its responses to paragraph 1.

14. Defendant incorporates by reference its responses to paragraph 2.

15. Defendant incorporates by reference its responses to paragraph 3.

16. Defendant incorporates by reference its responses to paragraph 4.

17. Defendant incorporates by reference its responses to paragraph 5.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Deny.

24. Deny.

25. Defendant incorporates by reference its responses to paragraph 1.

26. Defendant incorporates by reference its responses to paragraph 2.

27. Defendant incorporates by reference its responses to paragraph 3.

28. Defendant incorporates by reference its responses to paragraph 4.

29. Defendant incorporates by reference its responses to paragraph 5.

30. Admit.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Deny.

36. Deny.

The remaining paragraph of the complaint constitutes plaintiff's prayer for relief, to which no response is required. To the extent a response is required, defendant denies plaintiff is entitled to the relief sought.

### FIRST DEFENSE

The complaint fails to state a claim upon which relief may be granted. WHEREFORE the United States prays that this Court enter judgment dismissing the action against it and award such other and further relief as the Court deems just and proper, including costs and disbursements.

Dated: New York, New York
       August 20, 2007

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendant

                                              /s/ Serrin Turner
                                By:  SERRIN TURNER
                                            Assistant United States Attorney
                                            86 Chambers Street
                                            New York, New York 10007
                                            Tel.: (212) 637-2701
                                            Fax:  (212) 637-2686