```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X

ESTATE OF GEORGE ROY HILL, DECEASED,
EDWIN BROWN AND SUSAN STEIGER,
EXECUTORS,

                Plaintiff,              ORDER

        - against -                     07 Civ. 3993 (LLS)

UNITED STATES OF AMERICA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

It having been reported to the court that the parties no longer wish to proceed with this action, it is

ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within sixty days of the date of this order any party may apply by letter for restoration of the action to the Court's calendar.

Dated:  New York, NY
        January 9, 2008

                                    _____
                                    LOUIS L. STANTON
                                        U. S. D. J.