tag

tag



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

*86 Chambers Street, 3rd floor*
*New York, New York 10007*
*Tel: (212) 637-2701*
*Fax: (212) 637-2686*

March 6, 2008

**BY HAND**
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2250
New York, NY 10007

> Re:    *Estate of George Roy Hill v. United States of America*,
>        07 Civ. 3993 (LLS)

Dear Judge Stanton:

     I represent the Government in this case, in which plaintiff seeks to recover tax penalties and interest assessed and collected by the Internal Revenue Service. As the Court was informed by the Government by letter dated January 7, 2008, the Government intends to concede this case and to grant the refund plaintiff seeks in its entirety. Accordingly, by order dated January 9, 2008, the Court conditionally dismissed this case, providing leave to either party to reactivate the case within 60 days of the order, *i.e.*, by March 9, 2008.

     Unfortunately, due to bureaucratic delays, the paperwork needed to process the refund and distribute a check to plaintiff has not yet been completed by the Internal Revenue Service and will not be completed by March 9. The parties do not anticipate any need for further litigation once the check is ultimately issued, but in order to preserve the *status quo* until such time, the parties respectfully request that the Court extend the reactivation deadline set in the Court's January 9, 2008 order by an additional 60 days, *i.e.*, until May 8, 2008. The Government regrets the delay in resolving this matter and assures the Court that the Internal Revenue Service will act expeditiously issuing plaintiff's refund going forward.

So ordered.
Louis L.
Stanton
3/7/08

Page 2

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____

SERRIN TURNER
Assistant U.S. Attorney

cc:    Mark Walfish, Esq.